**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JUAN OTERO,

    Plaintiff,

  v.                                    CASE NO.: 8:15-cv-01988-RAL-MAP

MEDICREDIT, INC.,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

      Plaintiff, JUAN OTERO, by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: September 1, 2016                Respectfully Submitted,

                                                       */s/ Seth M. Lehrman*
                                                       Seth M. Lehrman (Fla. Bar No. 132896)
                                                       Email: seth@pathtojustice.com
                                                       Brittany N. Henderson (Fla. Bar No. 118247)
                                                       Email: brittany@pathtojustice.com
                                                       FARMER, JAFFE, WEISSING,
                                                       EDWARDS, FISTOS & LEHRMAN, P.L.
                                                       425 North Andrews Avenue, Suite 2
                                                       Fort Lauderdale, FL 33301
                                                       Telephone: (954) 524-2820
                                                       Facsimile: (954) 524-2822

                                                       *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court's CM/ECF system on September 1, 2016, and will be served on all counsel of record listed below through the ECF system.

*/s/ Seth M. Lehrman*
Seth M. Lehrman

## **SERVICE LIST**
*Otero v. MediCredit, Inc.*
**CASE NO. 8:15-cv-01988-RAL-MAP**
**United States District Court, Middle District of Florida**

William J. Cantrell (Fla. Bar No. 0103254)
Primary E-mail: william.cantrell@ogletreedeakins.com
Secondary E-mail: dcataniar@ogletreedeakins.com
Secondary E-mail: tam-docketing@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
100 North Tampa Street, Suite 3600
Tampa, FL 33602
Telephone: (813) 289-1247
Facsimile: (813) 289-6530

Arthur D. Gregg
Email: agregg@spencerfane.com
SPENCER FANE
1 North Brentwood Boulevard, Suite 1000
St. Louis, Missouri 63105
Telephone: (312) 333-3914
Facsimile: (312) 862-4656

*Attorneys for Defendant MEDICREDIT, INC.*